Approved.
s/ Benita Y. Pearson on 2/6/2011
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RONALD KUMPUS and LORI KUMPUS ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FFS, INC. D/B/A FARMERS FINANCIAL ) <br> SERVICES, INC. ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 5:11-cv-02389-BYP |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

_____

**STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without fees or costs to either party.

Dated this 3rd day of February, 2012.


For Plaintiff,
  s/ Ronald S. Weiss
 Weisberg & Meyers, LLC

For Defendant,
   .s/ Rosemary Taft-Milby
 Weltman, Weinberg & Reis Co., L.P.A.

Filed electronically on this 3rd day of February, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 3rd day of February, 2012 to:

Rosemary Taft-Milby, Esq.
Weltman, Weinberg & Reis Co., L.P.A.
323 West Lakeside Ave., Suite 200
Cleveland, OH 44113


By: s/Ronald S. Weiss
    Ronald S.Weiss